D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiff WILMER HERNANDEZ

[counsel continued on next page]

**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILMER HERNANDEZ, on behalf of himself and all others similarly situated, and the general public,<br><br>    *Plaintiff*,<br><br>    v.<br><br>ADIDAS AMERICA, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>    *Defendants*. | Case No.: 2:23-cv-02671-DJC-AC<br><br>[*Assigned to District Judge, Daniel J. Calabretta*]<br><br>**ORDER**<br><br>Complaint Filed: October 12, 2023<br>Removal Date: November 15, 2023 |

| | |
|---|---|
| 1 | Robert S. Blumberg, Bar No. 161649 |
| | rblumberg@littler.com |
| 2 | Ashley J. Brick, Bar No. 281657 |
| | abrick@littler.com |
| 3 | Donna Leung, Bar No. 305955 |
| 4 | dleung@littler.com |
| | LITTLER MENDELSON P.C. |
| 5 | 2049 Century Park East 5th Floor |
| | Los Angeles, California  90067.3107 |
| 6 | Telephone: 310.553.0308 |
| 7 | Fax No.: 800.715.1330 |
| 8 | Attorneys for Defendant ADIDAS AMERICA, INC. |

1
ORDER

**ORDER**

Having considered the Joint Stipulation for Entry of an Order Granting Plaintiff Leave to File a First Amended Complaint ("Joint Stipulation"), and the proposed First Amended Complaint, in the form attached at **Exhibit A** to the Joint Stipulation.

With good cause appearing, and pursuant to the Joint Stipulation, the Court approves the Joint Stipulation and it is hereby ORDERS:

1. Plaintiff is granted leave to file the First Amended Complaint provided at **Exhibit A** to the parties' Joint Stipulation;

2. Plaintiff's First Amended Complaint is deemed filed by the Court upon the filing of the Parties' Joint Stipulation; and

3. Defendant shall have until January 19, 2024, to file a responsive pleading.

Dated:  December 12, 2023         /s/ Daniel J. Calabretta
                                  THE HONORABLE DANIEL J. CALABRETTA
                                  UNITED STATES DISTRICT JUDGE