D.LAW, INC.
Emil Davtyan (SBN 299363)
emil@d.law
David Yeremian (SBN 226337)
d.yeremian@d.law
David Keledjian (SBN 309135)
d.keledjian@d.law
David Arakelyan (SBN 337076)
d.arakelyan@d.law
880 E Broadway
Glendale, CA 91205
Telephone: (818) 962-6465
Facsimile: (818) 962-6469

Attorneys for Plaintiffs WILMER HERNANDEZ and JOSHUA BARRANTES

[counsel continued on next page]

**UNITED STATES DISTRICT COURT FOR THE**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| WILMER HERNANDEZ, on behalf of himself and all others similarly situated, and the general public,<br><br>*Plaintiff,*<br><br>v.<br><br>ADIDAS AMERICA, INC., an Oregon corporation; and DOES 1 through 50, inclusive,<br><br>*Defendants.* | Case No.:   2:23-cv-02671-DJC-AC<br><br>[*Assigned to District Judge, Daniel J. Calabretta*]<br><br>**ORDER**<br>Complaint Filed:  October 12, 2023<br>Removal Date:  November 15, 2023<br>FAC Filed:  December 14, 2023 |

1  Robert S. Blumberg, Bar No. 161649
   rblumberg@littler.com
2  Ashley J. Brick, Bar No. 281657
   abrick@littler.com
3  Donna Leung, Bar No. 305955
   dleung@littler.com
4  LITTLER MENDELSON P.C.
   2049 Century Park East
5  5th Floor
   Los Angeles, CA 90067.3107
6  Telephone: 310.553.0308
   Fax No.: 800.715.1330
7
   Attorneys for Defendant ADIDAS AMERICA, INC.
8

**ORDER**

Having considered the Joint Stipulation for Entry of an Order Dismissing Class Claims and Relieving D.Law, Inc. as Counsel for Plaintiff WILMER HERNANDEZ ("Joint Stipulation") and with good cause appearing, the Court approves the Joint Stipulation and it is hereby ORDERS:

1. The class claims in the above-captioned action, listed under causes of action 1 through 9 in the First Amended Complaint, be dismissed without prejudice. See Fed. R. Civ. P. 41(a)(1)(A)(ii) (requiring stipulation for voluntary dismissals after responsive pleadings have been filed).

2. Plaintiff's individual claims under causes of action 1 through 9 will be remanded to state court.

3. Claims under PAGA, listed as cause of action 10 in the First Amended Complaint, be dismissed without prejudice.

4. D.Law, Inc. is relieved as counsel for Plaintiff WILMER HERNANDEZ.

5. Plaintiff WILMER HERNANDEZ's individual claims in this lawsuit are otherwise fully preserved.

6. The Clerk of Court shall serve a copy of this order on the Superior Court of the State of California for the County of Sacramento and close this case.

Dated: June 24, 2024          /s/ Daniel J. Calabretta
                              THE HONORABLE DANIEL J. CALABRETTA
                              UNITED STATES DISTRICT JUDGE